UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  CASE NO.   10-12453-TMD
DEEANN OLVERA

DEBTOR  CHAPTER 13

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on August 31, 2010. The Court confirmed the Debtor's plan on January 13, 2011.

2. REGIONAL MANAGEMENT CORPORATION, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $252.82, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursment Check |
|---|---|
| Regional Management Corporation<br>Po Box 776<br>Mauldin, SC  29662 | $252.82 |

Respectfully submitted,

Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305
Fax: (512) 916-9234

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                         CASE NO.   10-12453-TMD

DEEANN OLVERA

**DEBTOR**                                                **CHAPTER 13**

**CERTIFICATE OF SERVICE**

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice to Pay Unclaimed Funds has been mailed by US Mail to the Debtor, the Debtor's Attorney of Record, and all creditors at the addresses listed below on June 26, 2013.

LAW OFFICE OF NELS C HANSEN PC
1016 LA POSADA
STE 140
AUSTIN, TX 78752-3817
(SERVED ELECTRONICALLY)

DEEANN OLVERA
PO BOX 242
KYLE, TX 78640-0240

HARLEY-DAVIDSON CREDIT CORP
PO BOX 829009
DALLAS, TX 75382-9009

REGIONAL MANAGEMENT CORPORATION
PO BOX 776
MAULDIN, SC 29662

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

Respectfully submitted,

Deborah B. Langehennig

_____
Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305
Fax: (512) 916-9234